UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUDHEER RAO MOTURI,

                Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. C19-2023-RSM-BAT

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Sudheer Moturi moves for the appointment of counsel. The Court may appoint counsel to financially eligible habeas petitioners when the interests of justice so require. 18 U.S.C. § 3006(a)(2)(B). Having reviewed the record, the Court concludes that the interests of justice do not require the appointment of counsel in this case. Mr. Moturi's motion, Dkt. 10, is DENIED.

The Court directs the Clerk to RE-NOTE the Government's motion to dismiss, Dkt. 9, for March 27, 2020. Mr. Moturi must file any opposition brief by **March 23, 2020**. The Government may file a reply by the noting date. The Clerk is directed to send copies of this order to the parties.

DATED this 3rd day of March, 2020.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge

ORDER DENYING MOTION TO APPOINT
COUNSEL - 1