UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUDHEER RAO MOTURI,<br><br>                    Petitioner,<br><br>         v.<br><br>ICE FIELD OFFICE DIRECTOR, et al.,<br><br>                    Respondents. | CASE NO. C19-2023-RSM-BAT<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

This is a 28 U.S.C. § 2241 immigration habeas action. The Government filed a motion to dismiss on January 20, 2020. Dkt. #9. Subsequently, the Court consolidated this matter with a later-filed case and granted Petitioner leave to file an amended petition. Dkt. #12. Petitioner filed his amended petition on April 14, 2020. Dkt. #14. "It is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (internal quotation and citation omitted). Because the Government's motion to dismiss targeted petitioner's original petition, which is no longer in effect, the Court DENIES as moot the Government's motion to dismiss, Dkt. #9. *See id.* (holding that district court should have denied as moot motion to dismiss after amended complaint was filed); *Acosta v. Wellfleet Comms., LLC*, No. 16-2353,

ORDER DENYING MOTION TO DISMISS
AS MOOT - 1

2017 WL 4079261, at *2 n.2 (D. Nev. Sept. 14, 2017) (denying as moot motion to dismiss after granting plaintiff leave to file an amended complaint); *Arevalo v. Castro*, No. 15-407, 2016 WL 7116006, at *1 (D. Nev. Dec. 6, 2016) (same).

DATED this 16th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION TO DISMISS
AS MOOT - 2