Chief United States District Judge Ricardo S. Martinez
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUDHEER RAO MOTURI,

    Petitioner,

v.

NATHALIE ASHER, et al.,

    Respondents.

NO. 2:19-cv-02023-RSM-BAT

[~~PROPOSED~~] ORDER TO SEAL

Pursuant to Local Civil Rule 5(g), Federal Respondents, Nathalie Asher; Matthew T. Albence; U.S. Department of Homeland Security ("DHS") Immigration and Customs Enforcement ("ICE"); and Steven Langford, moved to seal two supporting declarations to the United States' Reply Memorandum. The document contains details of Petitioner Sudheer Moturi's medical history, as well as other detainees, while detained in the Northwest Detention Center which are generally confidential and protected from disclosure. For the reasons stated in the United States' Motion to Seal, the Court finds that the Motion should be granted.

[PROPOSED] ORDER TO SEAL - 1
(2:19-cv-02023-RSM-BAT)

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-2924

Accordingly, the United States' Motion to Seal is GRANTED and the United States may file under seal the Declaration of Dr. Sheri Malakhova and Refusal Form, filed in support of the United States' *Reply Memorandum*

IT IS SO ORDERED.

DATED this 21 day of July, 2020.

_____
BRIAN TSUCHIDA
Hon. ~~Ricardo S. Martinez~~
Chief United States ~~District Court~~ Magistrate Judge

Presented by:

*s/ Raya Jarawan*
Raya Jarawan, PA#208922
Trial Attorney
Office of Immigration Litigation

Anthony C. Payne
Assistant Director
Office of Immigration Litigation

[PROPOSED] ORDER TO SEAL - 2
(2:19-cv-02023-RSM-BAT)

U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-2924